IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA TOVAR, IGNACIO SANDOVAL,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, OFFICER STEVEN WILLIAMS, individually and in his capacity as an employee of the City of Fresno,<br><br>　　　　　　Defendants. | CV F 06-0351 AWI LJO<br><br>ORDER VACATING HEARING DATE OF MAY 15, 2006, AND TAKING MATTER UNDER SUBMISSION |

　　Defendants have noticed for hearing and decision a motion to dismiss the complaint and a motion for a more definite statement. The matter was scheduled for hearing to be held on May 15, 2006. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than May 1, 2006. Plaintiffs failed to do so.

　　Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 15,
2  2006, is VACATED, and no party shall appear at that time. As of May 15, 2006, the court will
3  take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    May 7, 2006**               /s/ **Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE