**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUANITA TOVAR, and IGNACIO SANDOVAL,<br><br>          Plaintiffs,<br><br>   vs.<br><br>CITY OF FRESNO and STEVEN WILLIAMS, individually and in his capacity as an employee of the City of Fresno,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 06-0351 LJO TAG<br><br>**ORDER TO SET HEARING RE: REPRESENTATION OF PLAINTIFF IGNACIO SANDOVAL**<br><br>Hearing<br>Date: Wednesday, August 1, 2007<br>Time: 8:00 a.m.<br>Courtroom: 4 (LJO) |

      Through arguments and evidence submitted in conjunction with the pending motion for summary judgment, the Court has become aware of a serious issue regarding the representation of Plaintiff Ignacio Sandoval. Therefore, the Court hereby sets a hearing on this matter for **Wednesday, August 1, 2007, promptly at 8:00 a.m in Courtroom 4 (LJO). Counsel for Plaintiff is to ensure the presence of Mr. Sandoval at this hearing as well**. Counsel and Mr. Sandoval are to participate so that the Court can make a determination on representation of Mr. Sandoval and possible abandonment of suit by this party. Counsel and Mr. Sandoval may appear in person or telephonically at this hearing. If the parties choose to appear telephonically, they should arrange a one-line call and dial (559) 499-5680.

      IT IS SO ORDERED.

**Dated:   July 26, 2007**                              /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE